**Shone Edward WILKES, Petitioner–Appellant,**

v.

**Martie ANDERSON, Respondent–Appellee.**

No. 07–6353.

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Shone Edward Wilkes, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shone Edward Wilkes, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilkes v. Anderson,* No. 5:04–cv–01304, 2007 WL 580000 (S.D.W.Va. Feb. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*